**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-032

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
May 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Basaloreak |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | July 07, 2021 |
| **Nation of 1st Publication:** | Spain |

## Author

| | |
|---|---|
| **Author:** | Maore Sagarzazu Zurutuza |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Spain |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maore Sagarzazu Zurutuza |
| | Kosta kalea 1A, 3A, Hondarribia, Gipuzkoa, 20280, Spain |

## Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | November 14, 2024 |





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-445-033**

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
May 12, 2025

## Title

    **Title of Work:** Bitxilore

## Completion/Publication

    **Year of Completion:** 2020
    **Date of 1st Publication:** September 17, 2020
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Maore Sagarzazu Zurutuza
    **Author Created:** 2-D artwork
    **Citizen of:** Spain

## Copyright Claimant

    **Copyright Claimant:** Maore Sagarzazu Zurutuza
    Kosta kalea 1A, 3A, Hondarribia, Gipuzkoa, 20280, Spain

## Certification

    **Name:** Daniel Lachman
    **Date:** November 14, 2024

